■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KURT WILEY, Appellant. [855 NYS2d 794]—Appeal from a judgment of the Supreme Court, Erie County (Joseph S. Forma, J.), rendered January 27, 2006. The judgment convicted defendant, upon a jury verdict, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of burglary in the second degree (Penal Law § 140.25 [2]). The evidence, viewed in the light most favorable to the People (*see People v Contes*, 60 NY2d 620, 621 [1983]), is legally sufficient to support the conviction (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Contrary to defendant's contentions, Supreme Court did not abuse its discretion in allowing the People's expert to testify that defendant's DNA profile was maintained in a DNA database (*see People v Meekins*, 34 AD3d 843, 846 [2006], *affd* 10 NY3d 136 [2008]), and defendant received meaningful representation (*see generally People v Baldi*, 54 NY2d 137, 147 [1981]). Defendant failed to preserve for our review his further contentions that the court improperly expressed an opinion on the strength of the People's case during its charge (*see generally People v Davenport*, 38 AD3d 1064, 1066 [2007]), and that he was denied a fair trial by prosecutorial misconduct on summation (*see People v Searles*, 28 AD3d 1205 [2006], *lv denied* 7 NY3d 817 [2006]). We decline to exercise our power to review those contentions as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). Present—Martoche, J.P., Centra, Lunn, Peradotto and Green, JJ.